# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 26, 2023

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted.

SO ORDERED.

*/s/ Ronnie Abrams*
Ronnie Abrams, U.S.D.J.
May 26, 2023

Re:   **United States v. Ebrima Darboe**
      **22 Cr. 377 (RA)**

Dear Judge Abrams:

    With the consent of the Government, I write to respectfully request that the Court extend the deadline for the defense's sentencing submission to May 31. I am currently preparing for a suppression hearing before Judge Rakoff scheduled for May 30, 2023. I request this brief extension to allow sufficient time to complete Mr. Darboe's sentencing memorandum in advance of his sentencing hearing.

    I request the schedule below:

Defense submission due May 31, 2023.
Government submission due June 7, 2023.

    As noted above, the Government consents to this request for an extension of the deadlines.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc:   AUSA Brandon Thompson (by ECF).

SO ORDERED:

_____
**HONORABLE RONNIE ABRAMS**
**United States District Judge**